IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20858
Conference Calendar
_____

DAVID OGIEMWANYE,

                                        Petitioner-Appellant,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

                                        Respondent-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-H-95-1649
- - - - - - - - - -
April 17, 1996
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     David Ogiemwanye appeals from the magistrate judge's order granting summary judgment in favor of respondent because he had failed to exhaust his administrative remedies.  We have reviewed the appellant's brief, the record, and the magistrate judge's opinion and discern no reversible error.  Accordingly, we affirm on the reasoning of the magistrate judge.  The motion for a writ of certiorari is DENIED.

     AFFIRMED.

_____

     [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.